Marcus Leinart
State Bar No. 00794156
Leinart Law Firm
11520 N. Central Exprwy, Ste 212
Dallas, TX 75243
469.232.3328 Phone
214.221.1755 Fax
ATTORNEY FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SUSANNE MARIE CARROLL | § | CASE NO. 17-42077-btr-13 |
| | § | |
| Debtor | § | CHAPTER 13 |

### MOTION FOR CONTINUATION OF AUTOMATIC STAY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW BEFORE THE COURT, Debtor Susanne Marie Carroll and files this her Motion for Continuation of Automatic Stay, and would respectfully show the Court the following:

1. This Court has jurisdiction over this matter pursuant to 11 U.S.C. §105 and 28 U.S.C. §1334. This matter constitutes a core proceeding pursuant to 28 U.S.C. §157(b). This Motion is additionally filed in accordance with 11 U.S.C. §362 (c)(3)(B).

2. Debtor filed the current voluntary petition for relief under Chapter 13 of Title 11 of the United States Code on 9/22/2017.

3. Debtor had previously filed a voluntary Petition for relief under Chapter 13 of the United States Code bearing the case number 12-42473-13. That case was filed on 9/7/2012, and was dismissed without prejudice on 8/23/2017.

4. Debtor's previous case was subsequently dismissed for failure to pay the Trustee that

resulted from Debtor's retirement and decreased income and at the time had increased expenses that resulted in Debtor being unable to maintain household expenses and Trustee payments..

5. A Motion for Relief was filed on behalf of Liberty National Bank, by Don Biard, Esq., 38 1st NW, Paris, TX 75460.

6. A Notice of Appearance was filed by Laurie Spindler Huffman, Esq., 2 on behalf of Lamar CAD, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207; A Request for Service of Notices was filed by Ramesh Singh, Recovery Management Systems Corp, 25SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605..

7. Debtor believes her financial situation will substantially improve, enabling her to complete her proposed Preliminary Chapter 13 Plan. Debtor has now been able to pay off bills and decrease ongoing expenses, and her husband's job has also stabilized with a resultant increase in income.

8. Debtor will show the Court her current case was not filed with the intent to hinder, delay or defraud her creditors.

9. Debtor understands her obligations specified under Chapter 13 Bankruptcy relief and will show the Court her financial ability to complete her proposed Plan.

WHEREFORE, PREMISES CONSIDERED, Debtor Susanne Marie Carroll respectfully requests this Court grant her request for continuance of the automatic stay concerning all scheduled creditors; and for any other relief in both law and equity as the Court may deem appropriate.

DATED: September 27, 2017

Respectfully Submitted,

LEINART LAW FIRM

By: /s/ Marcus Leinart

Marcus Leinart
State Bar No. 00794156
The Leinart Law Firm
11520 N Central Exprwy, Ste 212
Dallas, TX 75243-6113
469.232-3328 Phone
214.221.1755 Fax
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2017, I did serve a true and correct copy of the foregoing to the following interested parties and to those listed on the matrix as filed with the Court, by United States Mail, First Class;

Susanne Marie Carroll
2140 E Polk Street
Paris, TX 75460

Office of the Standing Chapter 13 Trustee
Carey D. Ebert  - Via ECF
500 N. Central Expressway, Suite 350
Plano, TX 75074

United States Trustee
110 N. College Ave, Ste 300
Tyler, TX 75702

/s/ Marcus Leinart
Marcus Leinart
Attorney for Debtor

```
Label Matrix for local noticing          AT&T Mobility II LLC                      Account Recovery Svcs
0540-4                                    % AT&T Services, Inc                     3144 Sw 28th Ave Ste A
Case 17-42077                             James Grudus, Esq.                       Amarillo, TX 79109-3169
Eastern District of Texas                 One AT&T Way, Room 3A218
Sherman                                   Bedminster, NJ 07921-2693
Wed Sep 27 14:13:16 CDT 2017

Adkins Unitd                              Adkins United Finance                    Alliance Finance Company
306 Clarksville St                        306 Clarksville                          25 NE 20th Street
Paris, TX 75460-5932                      Paris, TX 75460-5932                     Paris, TX 75460-4715


American InfoSource LP as agent for       Attorney General of Texas                B & F Finance
Midland Funding LLC                       Collections Div/ Bankruptcy Section      221 N. Broadway
PO Box 268941                             PO Box 12548                             Hugo, OK 74743-3859
Oklahoma City, OK  73126-8941             Austin, TX 78711-2548


Bay Area Credit                           Burns & Carlisle                         Burns & Carlisle Inc
PO Box 468449                             PO Box 1460                              122 Lee St
Atlanta, GA 31146-8449                    Sulphur Springs, TX 75483-1460           Sulphur Springs, TX 75482-4343


CCM Enterprises                           CIty Finance                             (p)CREDIT ACCEPTANCE CORPORATION
PO Box 781317                             1559 Clarksville St.                     25505 WEST 12 MILE ROAD
Wichita, KS 67278-1317                    Paris, TX 75460-6077                     SOUTHFIELD MI 48034-8316


Carey D. Ebert                            Carey D. Ebert                           Susanne Marie Carroll
500 N. Central Expressway, Suite 350      P. O. Box 941166                         2140 E Polk Street
Plano, TX 75074-6791                      Plano, TX 75094-1166                     Paris, TX 75460-7599


Cash Express                              Cash Max                                 Cash Store
3365 Lamar Ave                            147 N. Collegiate Dr.                    3848 Lamar Ave.
Paris, TX 75460-5023                      Paris, TX 75460-4842                     Paris, TX 75462-5205


City Finance                              Colortyme Loans                          (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
215 N Travis St                           2060 Lamar Ave.                          REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
Sherman, TX 75090-5922                    Paris, TX 75460-4752                     PO BOX 13528
                                                                                   AUSTIN TX 78711-3528


Cottonwood Financial Texas, LP            Cr England                               Credit Acceptance
1901 Gateway Drive                        4701 West 2100 Sou                       25505 West Twelve Mile Rd
Suite 200                                 Salt Lake City, UT 84120                 Suite 3000
Irving, TX 75038-2425                                                              Southfield, MI 48034-8331


Credit Acceptance                         EZ Loan Services                         Edward Sloan & Associa
PO Box 513                                1455 Clarksville St                      PO Box 788
Southfield, MI 48037-0513                 Paris, TX 75460-6034                     Winnsboro, TX 75494-0788
```

```
High Plains Radiological Associates      INTERNAL REVENUE SERVICE            J. Brian Allen
c/o Account Recovery Services Inc        CENTRALIZED INSOLVENCY OPERATIONS   Attorney At Law
3144 W 28th Suite A                      PO BOX 7346                         P.O. Box 1398
Amarillo, TX 79109-3169                  PHILADELPHIA PA 19101-7346          Sulphur Springs, TX 75483-1398


J. Brian Allen                           (p)JEFFERSON CAPITAL SYSTEMS LLC    LIberty National
P.O. Box 1398                            PO BOX 7999                         c/o Don Biard
Sulphur Springs, TX 75483-1398           SAINT CLOUD MN 56302-7999           38 1st NW
                                                                             Paris, TX 75460-4103


LIberty National Bank                    Lamar CAD                           Lamar CAD
c/o Don Biard                            c/o Laurie Spindler                 c/o Laurie Spindler Huffman
38 1st NW                                Linebarger Goggan Blair & Sampson, LLP   Linebarger Goggan Blair & Sampson,LLP
Paris, TX 75460-4103                     2323 Bryan St., Suite 1600          2323 Byran Street Suite 1600
                                         Dallas, TX 75201-2637               Dallas, TX 75201-2637


Lamar County Tax Assessor-Collector      Marcus Leinart                      Leinart Law Firm
231 Lamar Avenue, 2nd Floor              Leinart Law Firm                    11520 N. Central Expressway
Paris, TX 75460-4308                     11520 N. Central Expwy.  Suite 212  Suite 212
                                         Dallas, TX 75243-6608               Dallas, Texas 75243-6608


Liberty National Bank                    Linebarger Goggan Blair et al       MCM
305 Lamar Ave                            2323 Bryan St, Ste 1600             PO Box 60578
Paris, TX 75460-4325                     Dallas, TX 75201-2637               Los Angeles, CA 90060-0578


Medical Claims And Col                   Michael D. Carroll                  Midland Funding
Po Box 2687                              2140 E. Polk St.                    8875 Aero Dr Ste 200
Daphne, AL 36526-2687                    Paris, TX 75460-7599                San Diego, CA 92123-2255


Midland Funding LLC                      Midland Funding LLC by American InfoSour   Noble Fin
by American InfoSource LP as agent       PO Box 4457                         118 Clarksville
PO Box 4457                              Houston, TX 77210-4457              Paris, TX 75460-5811
Houston, TX  77210-4457


ONEMAIN FINANCIAL                        One Main Financial                  PRA Receivables Management, LLC
605 MUNN ROAD                            P. O. Box 70912                     PO Box 41021
FORT MILL, SC 29715-8421                 Charlotte, NC 28272-0912            Norfolk, VA 23541-1021


Plano - U. S. Bankruptcy Court           Portfolio Investments II LLC        Quantum3 Group LLC as agent for
Suite 300B                               c/o Recovery Management Systems Corporat   Capio Partners LLC
660 North Central Expressway             25 SE 2nd Avenue Suite 1120         PO Box 788
Plano, TX 75074-6795                     Miami FL 33131-1605                 Kirkland, WA  98083-0788


Recovery Management Systems Corporation  Recovery Management Systems Corporation   SECURITY FINANCE CENTRAL BANKRUPTCY
25 S.E. 2nd Avenue, Suite 1120           25 S.E. Second Avenue               P O BOX 1893
Miami, FL 33131-1605                     Suite 1120                          SPARTANBURG SC 29304-1893
                                         Miami, FL 33131-1605
```

| | | |
|---|---|---|
| SFC-Central Bankruptcy<br>P.O. Box 1893<br>Spartanburg, S.C. 29304-1893 | Sarma Coll<br>1801 Broadway St<br>San Antonio, TX 78215-1227 | Southwest Credit Syste<br>4120 International Parkway Suite 1100<br>Carrollton, TX 75007-1958 |
| Southwestern Bell Telephone Company<br>% AT&T Services, Inc<br>James Grudus, Esq.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921-2693 | State of Texas<br>HHS Employee Service Center<br>PO Box 6629<br>Round Rock, TX 78683-6629 | Statewidecol<br>3626 N. Western<br>Oklahoma City, OK 73118-5660 |
| Stephen G. Wilcox<br>Wilcox Law, PLLC<br>PO Box 11509<br>Fort Worth, TX 76110-0509 | Sun Loan Company<br>111 N. Broadway<br>Hugo, OK 74743-4030 | Sunbelt Credit<br>201 N. Collegiate<br>Paris, TX 75460-1494 |
| Susanne M. Carroll<br>2140 E. Polk St.<br>Paris, TX 75460-7599 | Texas Alcoholic Beverage Commission<br>Licenses and Permit Division<br>PO Box 13127<br>Austin, TX 78711-3127 | Texas Workforce Commission<br>TEC Building- Bankruptcy<br>101 E 15th St<br>Austin, TX 78778-0001 |
| The Law Offices Of Mit<br>2222 Texoma Pkwy Ste 160<br>Sherman, TX 75090-2482 | The Law Offices of Mitchell D. Bluhm<br>2222 Texoma Pkwy Ste 160<br>Sherman, TX 75090-2482 | Tristram Coffin<br>555 Zang St.<br>Lakewood, CO 80228-1010 |
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | United States Attorney General<br>Dept. of Justice<br>Main Justice Bldg<br>10 and Constitution, NW<br>Washington, DC 20530-0001 |
| United States Attorney's Office<br>110 North College Ave, Ste 700<br>Tyler, TX 75702-0204 | United States Attorneys Office<br>110 North College Ave Ste 700<br>Tyler, Texas 75702-0204 | United States Trustee's Office<br>110 North College Ave, Ste 300<br>Tyler, TX 75702-7231 |
| United States Trustee- Eastern District<br>110 N. College Ave, Ste 300<br>Tyler, TX 75702-7231 | Verichek<br>PO Box 3218<br>Abilene, TX 79604-3218 | Verizon Wireless<br>Verizon Wireless Department/Attn: Bankru<br>PO Box 3397<br>Bloomington, IL 61702-3397 |
| Western Finance<br>1245 Clarksville St.<br>Paris, TX 75460-6030 | Western Shamrock Corporation<br>Attention:  Bankruptcy<br>801 S Abe St.<br>San Angelo, TX 76903-6735 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
CREDIT ACCEPTANCE CORPORATION      Comptroller of Public Accounts      JEFFERSON CAPITAL SYSTEMS LLC
25505 WEST 12 MILE ROAD            Revenue Accounting/ Bankruptcy Div  PO BOX 7999
SOUTHFIELD MI 48034-8316           PO Box 13528                        SAINT CLOUD MN 56302-7999
                                   Austin, TX 78711
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Credit Acceptance Corporation   (d)Carey D. Ebert                   (d)Internal Revenue Service
                                   P. O. Box 941166                    Centralized Insolvency Operations
                                   Plano, TX 75094-1166                PO Box 7346
                                                                       Philadelphia, PA 19101-7346


(d)PRA Receivables Management, LLC (u)Sun Loan Company                 (d)U.S. Attorney General
PO Box 41021                                                           Department of Justice
Norfolk, VA 23541-1021                                                 Main Justice Building
                                                                       10th & Constitution Ave.,NW
                                                                       Washington, DC 20530-0001


(d)US Trustee                      End of Label Matrix
Office of the U.S. Trustee         Mailable recipients    85
110 N. College Ave.                Bypassed recipients     7
Suite 300                          Total                  92
Tyler, TX 75702-7231
```