IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SUSANNE CARROLL, | § | CASE NO. 17-42077-BTR-13 |
| XXX-XX-9042 | § | |
| 2140 E. POLK STREET | § | |
| PARIS, TX 75460 | § | |
|     DEBTOR. | § | CHAPTER 13 |
| | § | |
| CREDIT ACCEPTANCE CORPORATION, | § | |
|     MOVANT, | § | |
| V. | § | |
| | § | |
| SUSANNE CARROLL AND | § | |
| CAREY EBERT, TRUSTEE, | § | |
|     RESPONDENTS. | § | |

## AGREED ORDER TERMINATING THE AUTOMATIC STAY

There came on for consideration before this Court, on the date recited hereinabove, the Motion for Relief from the Automatic Stay ("Motion") filed by Credit Acceptance Corporation ("Creditor") complaining of Susanne Carroll ("Debtor"). Creditor was represented by and through Stephen G. Wilcox of the firm of Wilcox Law, PLLC. Debtor was represented by and through Debtor's attorney of record, Richard Anderson. The Trustee, although served with a copy of the Motion and Notice of the Hearing, failed to appear or otherwise respond. Prior to the introduction of evidence, Creditor and the Debtor agreed to the following:

1. The automatic stay is terminated immediately as to the 2007 Saturn Ion, Vehicle Identification Number 1G8AW15F47Z110782, account number ending in 9379.

2. Creditor may repossess and sell its collateral, consistent with state law, without further notice to the Debtor, the Trustee or any other party in interest and specifically without the necessity of sending a notice to the Debtor of the intention to accelerate the debt or of the intention to repossess the Collateral. Creditor may also obtain all writs and other court orders necessary to obtain possession of the vehicle in the event it is not voluntarily surrendered.

3. This Order is effective immediately and is not stayed for fourteen (14) days following the entry of this Order.

IT IS SO ORDERED.

**SIGNED** this \_\_\_\_ day of _____, 201\_\_\_.

Signed on 1/3/2018

*Brenda T. Rhoades*  SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

**APPROVED AS TO SUBSTANCE AND FORM:**

**/s/ Stephen G. Wilcox**
Stephen G. Wilcox
State Bar No. 21454300
*WILCOX LAW, PLLC*
P.O. Box 201849
Arlington, Texas 76006
(817) 870-1694 Telephone
(817) 870-1181 Facsimile
swilcox@wilcoxlaw.net
**ATTORNEY FOR CREDIT ACCEPTANCE CORPORATION**


/s/ Richard Anderson
***Richard Anderson
Marcus Leinart
11520 N. Central Expressway, Suite 212
Dallas, TX 75243
State Bar No. 24045408
**ATTORNEY FOR SUSANNE CARROLL**
***with permission to sign the original Order on my behalf and to submit it to the Court for entry.**

Unopposed Order
8117-01037-446241