Marcus Leinart
State Bar No. 00794156
Leinart Law Firm
11520 N. Central Exprwy, Ste 212
Dallas, TX 75243
469.232.3328 Phone
214.221.1755 Fax
ATTORNEY FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SUSANNE MARIE CARROLL | § | CASE NO. 17-42077-btr-13 |
| | § | |
| Debtor | § | CHAPTER 13 |

### NOTICE OF HEARING ON DEBTOR'S RESCHEDULED/CONTINUED CONFIRMATION HEARING ON CHAPTER 13 PLAN

You are hereby notified that hearing will be held regarding the foregoing on 2/28/2018 at 9:30 a.m. located at the United States Bankruptcy Court, Wells Fargo Building, 660 N. Central Expwy, Ste 300B, Plano, TX 75074.

Objections to confirmation and/or values of collateral must be filed in writing with the Court not later than seven (7) days prior to the confirmation hearing.

Respectfully Submitted,

Leinart Law Firm
11520 N. Central Exprwy, Ste 212
Dallas, TX 75243-6113
469.232.3328 Phone
214.221.1755 Fax

By: /s/ Marcus Leinart
Marcus Leinart
State Bar No. 00794156
ATTORNEY FOR DEBTOR

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2018, I did serve a true and correct copy of the foregoing to the following interested parties, and to those parties on the attached mailing list, by

United States Mail, First Class;

Susanne Marie Carroll
2140 E Polk Street
Paris, TX 75460

Office of the Standing Chapter 13 Trustee - Via ECF
500 N. Central Expressway, Suite 350
Plano, TX 75074

United States Trustee
110 N. College Avenue, Room 300
Tyler, TX 75702

                                                                          /s/ Marcus Leinart
                                                                          Marcus Leinart
                                                                          Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 17-42077<br>Eastern District of Texas<br>Sherman<br>Mon Jan 22 16:53:58 CST 2018 | AT&T Mobility II LLC<br>% AT&T Services, Inc<br>James Grudus, Esq.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921-2693 | Account Recovery Svcs<br>3144 Sw 28th Ave Ste A<br>Amarillo, TX 79109-3169 |
| Adkins Unitd<br>306 Clarksville St<br>Paris, TX 75460-5932 | Adkins United Finance<br>306 Clarksville<br>Paris, TX 75460-5932 | Alliance Finance Company<br>25 NE 20th Street<br>Paris, TX 75460-4715 |
| American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Attorney General of Texas<br>Collections Div/ Bankruptcy Section<br>PO Box 12548<br>Austin, TX 78711-2548 | B & F Finance<br>221 N. Broadway<br>Hugo, OK 74743-3859 |
| Bay Area Credit<br>PO Box 468449<br>Atlanta, GA 31146-8449 | Burns & Carlisle<br>PO Box 1460<br>Sulphur Springs, TX 75483-1460 | Burns & Carlisle Inc<br>122 Lee St<br>Sulphur Springs, TX 75482-4343 |
| CCM Enterprises<br>PO Box 781317<br>Wichita, KS 67278-1317 | CIty Finance<br>1559 Clarksville St.<br>Paris, TX 75460-6077 | (p)CREDIT ACCEPTANCE CORPORATION<br>25505 WEST 12 MILE ROAD<br>SOUTHFIELD MI 48034-8316 |
| Carey D. Ebert<br>500 N. Central Expressway, Suite 350<br>Plano, TX 75074-6791 | Carey D. Ebert<br>P. O. Box 941166<br>Plano, TX 75094-1166 | Susanne Marie Carroll<br>2140 E Polk Street<br>Paris, TX 75460-7599 |
| Cash Express<br>3365 Lamar Ave<br>Paris, TX 75460-5023 | Cash Max<br>147 N. Collegiate Dr.<br>Paris, TX 75460-4842 | Cash Store<br>3848 Lamar Ave.<br>Paris, TX 75462-5205 |
| City Finance<br>215 N Travis St<br>Sherman, TX 75090-5922 | Colortyme Loans<br>2060 Lamar Ave.<br>Paris, TX 75460-4752 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| Cottonwood Financial Texas, LP<br>1901 Gateway Drive<br>Suite 200<br>Irving, TX 75038-2425 | Cr England<br>4701 West 2100 Sou<br>Salt Lake City, UT 84120 | Credit Acceptance<br>25505 West Twelve Mile Rd<br>Suite 3000<br>Southfield, MI 48034-8331 |
| Credit Acceptance<br>PO Box 513<br>Southfield, MI 48037-0513 | EZ Loan Services<br>1455 Clarksville St<br>Paris, TX 75460-6034 | Edward Sloan & Associa<br>PO Box 788<br>Winnsboro, TX 75494-0788 |

```
High Plains Radiological Associates      INTERNAL REVENUE SERVICE              J. Brian Allen
c/o Account Recovery Services Inc        CENTRALIZED INSOLVENCY OPERATIONS     Attorney At Law
3144 W 28th Suite A                      PO BOX 7346                           P.O. Box 1398
Amarillo, TX 79109-3169                  PHILADELPHIA PA 19101-7346            Sulphur Springs, TX 75483-1398


J. Brian Allen                           (p)JEFFERSON CAPITAL SYSTEMS LLC      LIberty National
P.O. Box 1398                            PO BOX 7999                           c/o Don Biard
Sulphur Springs, TX 75483-1398           SAINT CLOUD MN 56302-7999             38 1st NW
                                                                               Paris, TX 75460-4103


LIberty National Bank                    Lamar CAD                             Lamar CAD
c/o Don Biard                            Linebarger Goggan Blair & Sampson,LLP Linebarger Goggan Blair & Sampson LLP
38 1st NW                                c/o Melissa Palo                      c/o Melissa L. Palo
Paris, TX 75460-4103                     2777 N Stemmons Freeway               2777 N. Stemmons Freeway
                                         Suite 1000                            Suite 1000
                                         Dallas, TX 75207-2328                 Dallas, Tx 75207-2328

Lamar CAD                                Lamar CAD                             Lamar County Tax Assessor-Collector
c/o Laurie Spindler                      c/o Laurie Spindler Huffman           231 Lamar Avenue, 2nd Floor
Linebarger Goggan Blair & Sampson, LLP   Linebarger Goggan Blair & Sampson,LLP Paris, TX 75460-4308
2323 Bryan St., Suite 1600               2323 Byran Street Suite 1600
Dallas, TX 75201-2637                    Dallas, TX 75201-2637


Marcus Leinart                           Leinart Law Firm                      Liberty National Bank
Leinart Law Firm                         11520 N. Central Expressway           305 Lamar Ave
11520 N. Central Expwy.  Suite 212       Suite 212                             Paris, TX 75460-4325
Dallas, TX 75243-6608                    Dallas, Texas 75243-6608


Linebarger Goggan Blair et al            MCM                                   Medical Claims And Col
2323 Bryan St, Ste 1600                  PO Box 60578                          Po Box 2687
Dallas, TX 75201-2637                    Los Angeles, CA 90060-0578            Daphne, AL 36526-2687


Michael D. Carroll                       Midland Funding                       Midland Funding LLC
2140 E. Polk St.                         8875 Aero Dr Ste 200                  by American InfoSource LP as agent
Paris, TX 75460-7599                     San Diego, CA 92123-2255              PO Box 4457
                                                                               Houston, TX  77210-4457


Midland Funding LLC by American InfoSour Noble Fin                             ONEMAIN FINANCIAL
PO Box 4457                              118 Clarksville                       605 MUNN ROAD
Houston, TX 77210-4457                   Paris, TX 75460-5811                  FORT MILL, SC 29715-8421


One Main Financial                       OneMain                               PRA Receivables Management, LLC
P. O. Box 70912                          PO Box 3251                           PO Box 41021
Charlotte, NC 28272-0912                 Evansville, IN 47731-3251             Norfolk, VA 23541-1021


Melissa L. Palo                          Plano - U. S. Bankruptcy Court        Portfolio Investments II LLC
2777 N. Stemmons Freeway, Suite 1000     Suite 300B                            c/o Recovery Management Systems Corporat
Dallas, TX 75207-2328                    660 North Central Expressway          25 SE 2nd Avenue Suite 1120
                                         Plano, TX 75074-6795                  Miami FL 33131-1605
```

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>Capio Partners LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Recovery Management Systems Corporation<br>25 S.E. Second Avenue<br>Suite 1120<br>Miami, FL 33131-1605 |
| SECURITY FINANCE CENTRAL BANKRUPTCY<br>P O BOX 1893<br>SPARTANBURG SC 29304-1893 | SFC-Central Bankruptcy<br>P.O. Box 1893<br>Spartanburg, S.C. 29304-1893 | Sarma Coll<br>1801 Broadway St<br>San Antonio, TX 78215-1227 |
| Southwest Credit Syste<br>4120 International Parkway Suite 1100<br>Carrollton, TX 75007-1958 | Southwestern Bell Telephone Company<br>% AT&T Services, Inc<br>James Grudus, Esq.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921-2693 | State of Texas<br>HHS Employee Service Center<br>PO Box 6629<br>Round Rock, TX 78683-6629 |
| Statewidecol<br>3626 N. Western<br>Oklahoma City, OK 73118-5660 | Stephen G. Wilcox<br>Wilcox Law, PLLC<br>PO Box 11509<br>Fort Worth, TX 76110-0509 | Sun Loan Company<br>111 N. Broadway<br>Hugo, OK 74743-4030 |
| Sunbelt Credit<br>201 N. Collegiate<br>Paris, TX 75460-1494 | Susanne M. Carroll<br>2140 E. Polk St.<br>Paris, TX 75460-7599 | Texas Alcoholic Beverage Commission<br>Licenses and Permit Division<br>PO Box 13127<br>Austin, TX 78711-3127 |
| Texas Workforce Commission<br>TEC Building- Bankruptcy<br>101 E 15th St<br>Austin, TX 78778-0001 | The Law Offices Of Mit<br>2222 Texoma Pkwy Ste 160<br>Sherman, TX 75090-2482 | The Law Offices of Mitchell D. Bluhm<br>2222 Texoma Pkwy Ste 160<br>Sherman, TX 75090-2482 |
| Tristram Coffin<br>555 Zang St.<br>Lakewood, CO 80228-1010 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| United States Attorney General<br>Dept. of Justice<br>Main Justice Bldg<br>10 and Constitution, NW<br>Washington, DC  20530-0001 | United States Attorney's Office<br>110 North College Ave, Ste 700<br>Tyler, TX 75702-0204 | United States Attorneys Office<br>110 North College Ave Ste 700<br>Tyler, Texas 75702-0204 |
| United States Trustee's Office<br>110 North College Ave, Ste 300<br>Tyler, TX 75702-7231 | United States Trustee- Eastern District<br>110 N. College Ave, Ste 300<br>Tyler, TX 75702-7231 | Verichek<br>PO Box 3218<br>Abilene, TX 79604-3218 |
| Verizon Wireless<br>Verizon Wireless Department/Attn: Bankru<br>PO Box 3397<br>Bloomington, IL 61702-3397 | Western Finance<br>1245 Clarksville St.<br>Paris, TX 75460-6030 | Western Shamrock Corporation<br>Attention:  Bankruptcy<br>801 S Abe St.<br>San Angelo, TX 76903-6735 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CREDIT ACCEPTANCE CORPORATION<br>25505 WEST 12 MILE ROAD<br>SOUTHFIELD MI 48034-8316 | Comptroller of Public Accounts<br>Revenue Accounting/ Bankruptcy Div<br>PO Box 13528<br>Austin, TX 78711 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Credit Acceptance Corporation | (du)Credit Acceptance Corporation | (d)Carey D. Ebert<br>P. O. Box 941166<br>Plano, TX 75094-1166 |
| (d)Carey D. Ebert<br>P. O. Box 941166<br>Plano, TX 75094-1166 | (d)Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| (u)Sun Loan Company | (d)U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave.,NW<br>Washington, DC 20530-0001 | (d)US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| (d)Stephen G. Wilcox<br>Wilcox Law, PLLC<br>P.O. Box 11509<br>Fort Worth, TX 76110-0509 | End of Label Matrix<br>Mailable recipients    89<br>Bypassed recipients    10<br>Total                  99 | |